UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ERVIN LAVELLE MOORE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-07-KAC-SKL |
| | ) | |
| HAMILTON COUNTY, TENNESSEE, JIM HAMMOND, Sheriff of Hamilton County, Tennessee, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

| | | |
|---|---|---|
| CHRYSTAL BROWN, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-045-TAV-CHS |
| | ) | |
| HAMILTON COUNTY, TENNESSEE, JIM HAMMOND, Sheriff of Hamilton County, Tennessee, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

| | | |
|---|---|---|
| ABRAHAM JACKSON, SR., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-046-DCLC-SKL |
| | ) | |
| HAMILTON COUNTY, TENNESSEE, SHERIFF AUSTIN GARRETT, *et al.*, | ) | |

| | )  |                           |
|---|---|---|
| CRISTIN CORNETT, | ) | |
| | ) | |
|    *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-053-KAC-CHS |
| | ) | |
| HAMILTON COUNTY, TENNESSEE, | ) | |
| JIM HAMMOND, Sheriff of Hamilton | ) | |
| County, Tennessee, *et al.*, | ) | |
| | ) | |
| MONTRELL JAWON FRANKLIN, | ) | |
| | ) | |
|    *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-0100-KAC-CHS |
| | ) | |
| HAMILTON COUNTY, TENNESSEE, | ) | |
| JIM HAMMOND, Sheriff of Hamilton | ) | |
| County, Tennessee, *et al.*, | ) | |
| | ) | |
|    *Defendants*. | ) | |

# **O R D E R**

The above-styled cases have been reviewed pursuant to E.D. Tenn. L.R. 3.2(d)(3), and the Court concludes each of the above cases are related to previously filed cases which are all assigned to District Judge Curtis L. Collier and Magistrate Susan K. Lee:

| No. 1:22-cv-093-CLC-SKL | *Christopher Lamond Bell v. Hamilton County, Tennessee, et al.*; |
|---|---|
| No. 1:22-cv-094-CLC-SKL | *Luster D. Deloney, v. Hamilton County, Tennessee, et al.*; |
| No. 1:22-cv-095-CLC-SKL | *Michael Ray Brinkley, v. Hamilton County, Tennessee, et al.*; |
| No. 1:22-cv-0245-CLC-SKL | *Bradford Anthony Gifford v. Hamilton County, Tennessee, et al.*; |
| No. 1:23-cv-086-CLC-SKL | *Matthew Drew Miller v. Hamilton County, Tennessee, et al.*; |
| No. 1:23-cv-099-CLC-SKL | *Bryan Sinclair Ellis v. Hamilton County, Tennessee, et al.*; |
| No. 1:23-cv-0113-CLC-SKL | *Tyler Lee Stafford v. Hamilton County, Tennessee, et al.* |

The Clerk of the Court is directed to bring these matters to the attention of the Chief District Judge for possible reassignment of:

    (A)    Cases No. 1:23-cv-045-TAV-CHS, No. 1:23-cv-053-KAC-CHS, and No. 1:23-cv-0100-KAC-CHS to District Judge Curtis L. Collier and Magistrate Judge Susan K. Lee; and

    (B)    Cases No. 1:23-cv-07-KAC-SKL and No. 1:23-cv-046-DCLC-SKL to District Judge Curtis L. Collier. No magistrate judge reassignment is needed for these two cases as they are both already assigned to Magistrate Judge Susan K. Lee.

SO ORDERED.

ENTER:

                                        s/ *Susan K. Lee*
                                        SUSAN K. LEE
                                        UNITED STATES MAGISTRATE JUDGE