UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHRYSTAL BROWN, ) | |
| ) | Case No. 1:23-cv-45 |
| Plaintiff, ) | |
| ) | |
| v. ) | District Judge Curtis L. Collier |
| ) | Magistrate Judge Michael J. Dumitru |
| HAMILTON COUNTY, TENNESSEE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Before the Court is the parties' joint motion for a sixty-day extension of the discovery deadline set forth in the Court's Scheduling Order (Doc. 45). (Doc. 60.)

Rule 16(b)(4) of the Federal Rules of Civil Procedure permits "a schedule [to be] modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Sixth Circuit has recognized that "[a] court asked to modify a scheduling order for good cause 'may do so only if [a deadline] cannot reasonably be met despite the diligence of the party seeking the extension.'" *Helena Agri-Enters., LLC v. AAA Turf, Inc.*, No. 22-1957/1967, 2023 WL 4842838, at *2 (6th Cir. July 28, 2023) (quoting *Marcilis v. Twp. of Redford*, 693 F.3d 589, 597 (6th Cir. 2012) (alteration in original)). Furthermore, "[t]he primary measure of Rule 16's 'good cause' standard is the moving party's diligence in attempting to meet the case management order's requirements." *Id.* (quoting *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002). "Another important consideration for a district court deciding whether Rule 16's 'good cause' standard is met is whether the opposing party will suffer prejudice by virtue of the amendment." *Id.* (quotation omitted).

Here, both parties request an extension of the discovery deadline. They contend that difficulties in scheduling depositions, trial conflicts amongst counsel, witness schedules, and the holiday schedule have prevented them from completing discovery by the deadline, despite their diligence. (Doc. 60 at 2.) Based on these assertions, and it appearing that granting the joint motion will not disrupt the other deadlines set forth in the Scheduling Order, the motion (*Id.*) is **GRANTED**. *See* Fed. R. Civ. P. 16(b)(4). The discovery cutoff in this matter is hereby extended through **March 16, 2026**. All other deadlines set forth in the Scheduling Order (Doc. 45) remain unaffected by entry of this Order.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**