# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| CHRYSTAL BROWN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:23-CV-00045 |
| | * | |
| HAMILTON COUNTY, | * | Collier/Dumitru |
| TENNESSEE, *et al,* | * | |
| | * | |
| Defendants. | * | |

## JOINT STIPULATION OF DISMISSAL AS TO CERTAIN DEFENDANTS

Pursuant to *Fed. R. Civ. P. Rule 41(a)(1)(A)(ii)*, Plaintiff Chrystal Brown and Defendants in this matter, by and through their undersigned counsel, hereby stipulate to the dismissal of all claims against Defendants Officer Bell, Officer Gelacio, and Officer Wyatt. Such dismissal shall be with prejudice. Each party shall bear its own costs and attorneys' fees.

This Stipulation of Dismissal is executed by all parties who have appeared in this action and is effective upon filing.

*SIGNATURES ON NEXT PAGE*

Respectfully Submitted,

HAMILTON COUNTY
ATTORNEY'S OFFICE

s/Azarius Yanez
Janie Parks Varnell, BPR #031256
*Hamilton County Attorney*
Timothy Clark, BPR #031074
*Deputy County Attorney*
Azarius Yanez, BPR #036266
*Chief Litigation Attorney*
625 Georgia Ave, Suite 204
Chattanooga, TN 37402
(423) 209-6150
janiev@hamiltontn.gov
timothyc@hamiltontn.gov
ayanez@hamiltontn.gov
*Attorneys for Hamilton County and the Hamilton
County Defendants*


LEWIS THOMASON, P.C.


s/Jason H. Long
JASON H. LONG, BPR #018088
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37901-2425
(865) 546-4646
JLong@lewisthomason.com
*Attorney for Defendant QCHC of Tennessee, PLLC
and the QCHC Defendants*


THE LAW FIRM, PLLC

s/Corey A. Spearman
Corey A. Spearman, BPR #40495
111 NW Atlantic Street
Tullahoma, TN 37388
(931) 222-4010
coreyspearman@thefirm.law
*Attorneys for Plaintiff*

2